

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIFFANY PERRY, | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 4-05 CV-630-Y |
| | * | |
| COMMERCIAL RECOVERY | * | |
| SYSTEMS, INC., and SHANE | * | |
| RYKER and JOHN BRONSON, | * | |
| Defendants | * | |

### DEFENDANT COMMERCIAL RECOVERY SYSTEMS, INC'S OFFER OF JUDGMENT

COMES NOW, Defendant Commercial Recovery Systems, Inc. ("CRS") who, pursuant to Rule 68 of the Federal Rules of Civil Procedure, offers to allow judgment to be entered against it as described below if such offer is accepted by Plaintiff within the time allowed by said Rule 68. CRS offers judgment as follows:

1. On the Complaint, Plaintiff to receive judgment for (i) the sum of $1,100.00, (ii) Plaintiff's costs, (iii) an injunction prohibiting CRS from taking any action with respect to Plaintiff that violates the Texas Debt Collection Act, and (iv) such attorney's fees incurred by Plaintiff through the date of Plaintiff's counsel's receipt of this offer as the Court may determine to be reasonable.

2. Judgment as set forth above shall be in full and complete satisfaction, release and discharge of any and all claims which have been brought or which could have been brought by Plaintiff against CRS in this case.

1

3. Notice is hereby given that, if Plaintiff fails to obtain a judgment against CRS that is more favorable than this offer, Plaintiff must pay all costs incurred by CRS in this lawsuit after the making of this offer.

4. This Offer of Judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission that CRS is liable in this action or for any other reason. In accordance with Rule 68, this Offer of Judgment shall be deemed withdrawn if not accepted in writing within ten days following the service hereof.

Respectfully submitted,

Wade A. Thunhorst
Texas Bar No. 20002800
Attorney in Charge
8035 East R.L. Thornton Fwy.
Suite 316
Dallas, Texas 75228
214-321-7824 phone
214-319-9673 facsimile
wthunhorst@crsresults.com

Attorney for Defendant
Commercial Recovery Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Defendant's Offer of Judgment was served upon Mark V. Oppenheimer, attorney for Plaintiff, by depositing the same in the United States mail, certified mail, return receipt requested, postage prepaid, on the 28th day of October, 2005.

Wade A. Thunhorst

2