IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIFFANY PERRY, | § § § § § | Civil Action No.<br>4-05-CV-630-Y |
| Plaintiff, | | |
| vs. | § § § | |
| COMMERCIAL RECOVERY SERVICES, INC and SHANE RYKER AND JOHN BRONSON | § § § | |
| Defendant. | § | |
| | | (Unlawful Debt Collection Practices) |

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

TIFFANY PERRY, Plaintiff, moves the Court to dismiss this action with prejudice. The parties have settled all of the disputed matters raised in this action, and there is no any case or controversy to put before the Court.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Court dismiss the above-entitled and numbered action with prejudice.

Respectfully submitted

____/s/_____
Mark V. Oppenheimer
ATTORNEY FOR PLAINTIFF
3007 St. Francis Drove
Mansfield, Texas 76107
Voice: 817-808-6698

1   `Motion to Dismiss by Tiffany Perry`

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument, the its attached order was served upon the Defendant in accordance with Rule 5 , of the Federal Rules of Civil Procedure, on this _18TH____ of NOVEMBER 2005 by sending a copy of this pleading postage prepaid to the Defendant.

_____/s/_____'

Mark V. Oppenheimer #44622CT
ATTORNEY FOR PLAINTIFF
3007 St. Francis Drive
Mansfield, Texas 76063
 Voice: 817-808-6698

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TIFFANY PERRY, § § § Plaintiff, § § vs. § § COMMERCIAL RECOVERY SERVICES, INC § and SHANE RYKER AND JOHN BRONSON § Defendant. § | Civil Action No.<br><br>4-05-CV-630-Y<br><br><br><br><br><br><br><br>(Unlawful Debt Collection Practices) |

**ORDER DISMISSING WITH PREJUDICE**

**ON THIS DAY** CAME ON TO BE HEARD Plaintiff's Unopposed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted

IT IS THEREFORE ORDERED that the above-entitled and numbered action is hereby dismissed with prejudice to the re-filing of same. It is further ordered that all costs be and are taxed against the Plaintiff.

SIGNED this ____ day of _____, 2005.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIFFANY PERRY, | § § § § § | Civil Action No.<br>4-05-CV-630-Y |
| Plaintiff, | | |
| vs. | § § § | |
| COMMERCIAL RECOVERY SERVICES, INC<br>and SHANE RYKER AND JOHN BRONSON<br>Defendant. | § § § § | (Unlawful Debt Collection Practices) |

### ORDER OF DISMISSAL

Pending before the Court is Plaintiff's Unopposed Motion to Dismiss With Prejudice, which was filed in this cause on _____. After review of the motion, the Court concludes that it should be and is hereby GRANTED. All claims in this cause are DISMISSED WITH PREJUDICE to their refiling.

SIGNED: _____

_____
UNITED STATES DISTRICT JUDGE

4   **Motion to Dismiss by Tiffany Perry**