IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TIFFANY PERRY § | |
| § | |
| VS. § | CIVIL ACTION 4:05-CV-630-Y |
| § | |
| COMMERCIAL RECOVERY SERVICES, § | |
| INC., et al. § | |

<u>ORDER OF DISMISSAL</u>

Pending before the Court is plaintiff Tiffany Perry's unopposed Motion to Dismiss With Prejudice [doc. # 9], filed November 18, 2005. Since the parties have settled and compromised all matters pertaining to the lawsuit, the Court concludes that dismissal is warranted.

Therefore, Perry's unopposed Motion to Dismiss With Prejudice [doc. # 9] is GRANTED.[1]  Plaintiff's claims in the above-styled and -numbered cause are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

SIGNED March 28, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the motion does not comply with the Court's October 14, 2005, order designating this case for ECF, which requires a paper copy, within three days of filing, of each document filed electronically and the electronic submission of proposed orders for every motion filed. **Defendant's failure to comply with the Court's designation order directly resulted in the Court's lengthy delay in ruling on the motion.** Further non-compliance with the Court's designation order may result in the striking or unfiling of the document filed without further notice.
Further, Plaintiff's motion fails to comply with Federal Rule of Civil Procedure 11 and Section II.C of the CM/ECF Civil and Criminal Administrative Procedures Manual, which require the signature of the attorney of record or the party proceeding *pro se* on each document filed. The signature line must contain either the "s/" notation <u>plus</u> the attorney's typewritten name or a graphical representation of the attorney's signature.